Skip to Main Content Logout My Account Search Menu All Case Records Search Refine Search Back                                   Location : All   Images Help

# REGISTER OF ACTIONS
## CASE NO. 02VS027125

**BULLARD,LINDA ETAL VS BRYCO ARMS INC AKA ETAL**

| | § | Case Type: | **PERSONAL INJURY** |
|---|---|---|---|
| | § | Date Filed: | **01/07/2002** |
| | § | Location: | **State Court** |
| | § | Judicial Officer: | **Tailor, Wesley B** |
| | § | SB176 Case Cross Reference Number: | **0602002000562** |
| | § | | |

---

**RELATED CASE INFORMATION**

**Related Cases**
JHSC14-0114 (ADR - Court Relationship)

---

**PARTY INFORMATION**

| | | | Attorneys |
|---|---|---|---|
| Defendant | ABC CORP | | |
| | | | |
| Defendant | B L JENNINGS INC<br>CARSON CITY, NV 89706 | | PRO SE<br>*Court Appointed*<br>1861 West Kimberly<br>ATLANTA, GA 30331 |
| | | | |
| Defendant | BRADLEY JENNINGS NEVADA TRUST<br>CHINO, CA 91710 | | ~~TEDDY RAY PRICE~~<br>*~~Court Appointed~~*<br>~~315 W. PONCE DE LEON AVENUE~~<br>~~SUITE 1064~~ |
| | | | |
| Defendant | BRYCO ARMS<br>COSTA MESA, CA 92626 | | PRO SE<br>*Court Appointed*<br>1861 West Kimberly<br>ATLANTA, GA 30331<br><br>678-817-4600(W) |
| | | | |
| Defendant | BRYCO ARMS INC AKA BRYCO ARMS<br>COSTA MESA, CA 92626 | | PRO SE<br>*Court Appointed*<br>1861 West Kimberly<br>ATLANTA, GA 30331 |
| | | | |
| Defendant | DOE, JANE | | |
| | | | |
| Defendant | DOE, JOHN | | |
| | | | |
| Defendant | GRAY HIGHWAY PAWN INC DBA SHURLINGTON JEWELRY AND PAWN | | HARRY W BASSLER<br>*Court Appointed* |
| | | | |
| Defendant | JENNINGS, BRADLEY<br>CHINO, CA 91710 | | MICHAEL P. KOHLER<br>*Retained*<br>1180 W PEACHTREE ST NW<br>STE 2100<br>ATLANTA, GA 30309<br><br>404-962-6100(W)<br><br>CHRISTOPHER E PARKER<br>*Retained*<br>MILLER & MARTIN PLLC<br>1180 WEST PEACHTREE STREET NW<br>SUITE 2100<br>ATLANTA, GA 30309-3407 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | MELISSA ANNE MAYE<br>  *Court Appointed*<br>602 CENTER PARKWAY<br>SUITE C<br>YORKVILLE, IL 60560<br><br>630-553-3635(H) |
|  |  |  | OUT OF TOWN ATTY<br>  *Court Appointed* |
|  |  |  | ~~TEDDY RAY PRICE~~<br>  ~~*Court Appointed*~~<br>~~315 W. PONCE DE LEON AVENUE~~<br>~~SUITE 1064~~<br>~~DECATUR, GA 30030~~<br><br>~~404-373-0112(W)~~ |
| Defendant | JENNINGS, BRUCE L<br>   CARSON CITY, NV 89706 |  | PRO SE<br>  *Court Appointed*<br>1861 West Kimberly<br>ATLANTA, GA 30331 |
| Defendant | JENNINGS, JANICE<br>   CHINO, CA 91710 |  | MICHAEL P. KOHLER<br>  *Retained*<br>1180 W PEACHTREE ST NW<br>STE 2100<br>ATLANTA, GA 30309<br><br>404-962-6100(W) |
|  |  |  | CHRISTOPHER E PARKER<br>  *Retained*<br>MILLER & MARTIN PLLC<br>1180 WEST PEACHTREE STREET NW |
| Defendant | JENNINGS, KIMBERLY<br>   CHINO, CA 91710 |  | MICHAEL P. KOHLER<br>  *Retained*<br>1180 W PEACHTREE ST NW<br>STE 2100<br>ATLANTA, GA 30309<br><br>404-962-6100(W) |
|  |  |  | CHRISTOPHER E PARKER<br>  *Retained*<br>MILLER & MARTIN PLLC<br>1180 WEST PEACHTREE STREET NW |
| Defendant | JENNINGS, RHONDA<br>   CHINO, CA 91710 |  | MICHAEL P KOHLER<br>  *Retained*<br>1170 PEACHTREE ST<br># 800<br>ATLANTA, GA 30309 |
|  |  |  | CHRISTOPHER E PARKER<br>  *Retained*<br>MILLER & MARTIN PLLC<br>1180 WEST PEACHTREE STREET NW<br>SUITE 2100<br>ATLANTA, GA 30309-3407 |
|  |  |  | ~~TEDDY RAY PRICE~~<br>  ~~*Court Appointed*~~<br>~~315 W. PONCE DE LEON AVENUE~~ |

|           |                              |                                                                 |
|-----------|------------------------------|-----------------------------------------------------------------|
|           |                              | ~~SUITE 1064~~  <br> ~~DECATUR, GA 30030~~                      |
|           |                              | ~~404-373-0112(W)~~                                             |
| Defendant | KIMBERLY JENNINGS NEVADA TRUST <br> CHINO, CA 91710 | ~~TEDDY RAY PRICE~~ <br> ~~*Court Appointed*~~ <br> ~~315 W. PONCE DE LEON AVENUE~~ <br> ~~SUITE 1064~~ |
| Defendant | RHONDA JENNINGS NEVADA TRUST <br> CHINO, NV 91710 | ~~TEDDY RAY PRICE~~ <br> ~~*Court Appointed*~~ <br> ~~315 W. PONCE DE LEON AVENUE~~ <br> ~~SUITE 1064~~ |
| Defendant | RICHARDSON, RONALD <br> MACON, GA 31211 | PRO SE <br> *Court Appointed* <br> 1861 West Kimberly <br> ATLANTA, GA 30331 <br><br> 678-817-4600(W) |
|           |                              | ~~FLOYD M. BUFORD, Jr.~~ <br> ~~*Court Appointed*~~ <br> ~~136 COLLEGE STREET~~ <br> ~~P.O. Box 4747~~ <br> ~~MACON, GA 31208~~ <br><br> ~~478-742-3605(W)~~ |
| Defendant | RKB INVESTMENTS <br> NEWPORT BEACH, CA 92660 | ~~TEDDY RAY PRICE~~ <br> ~~*Court Appointed*~~ <br> ~~315 W. PONCE DE LEON AVENUE~~ <br> ~~SUITE 1064~~ |
| Defendant | TIFFANY HARDWARE <br> MACON, GA 31208 |                                                                 |
| Defendant | XYZ CORP                     |                                                                 |
| PLAINTIFF | BULLARD, LINDA               | OUT OF TOWN ATTY                                                |

**EVENTS & ORDERS OF THE COURT**

**OTHER EVENTS AND HEARINGS**

01/29/2015 **LEAVE OF ABSENCE**
01/15/2015 **Response**
    *PLTF LINDA BULLARD'S REPLY IN SUPPORT OF HER POST-TRIAL BRIEF*
12/29/2014 **LEAVE OF ABSENCE**
    *LLOYD N. BELL: 2/16-20/15; 4/3-10; 5/25-29; 6/5/15; 7/8-13; 7/30-31*
11/26/2014 **Brief Filed (OBTS)**
11/19/2014 **VERDICT**
11/19/2014 **Order**
    *To Attend Judicially Hosted Settlement Conference*
11/12/2014 **RESPONSE TO MOTION**
11/12/2014 **NOTICE OF CONFLICT**
11/07/2014 **NOTICE**
    *OF CONFLICT FOR WEEK OF 11/3/14 - LLOYD N BELL ATTY FOR LINDA BULLARD*
11/04/2014 **Order**
    *Juror Stipulation to try case with less than 12 jurors*
11/03/2014 **JURY TRIAL** (9:30 AM) (Judicial Officer Tailor, Wesley B)
11/03/2014 **NOTICE**
    *NOTICE OF FILING*
11/03/2014 **RESPONSE TO MOTION**
    *PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE*
11/03/2014 **Miscellaneous**
    *PLAINTIFF'S DEPOSITION DESIGNATIONS FOR USE AT TRIAL*
11/03/2014 **Motion (OBTS)**
    *MOTION IN LIMINE TO REDACT "NO WARRANTY"*
11/03/2014 **Motion (OBTS)**

| Date | Entry |
|---|---|
| | *MOTION TO DISMISS DEFENDANT'S BRADLEY JENNINGS NECADA TRUST, KIMBERLY JENNIGS NEEVADA TRUST, AND RHONDA JENNINGS NEVADA TRUST* |
| 11/03/2014 | **Motion (OBTS)** |
| | *MOTION TO DISMISS DEFENDANT BRADLEY JENNINGS* |
| 11/03/2014 | **RESPONSE TO MOTION** |
| | *PLAINTIFF'S CONSOLIDATED RESPONSE TO THE MOTIONS FOR CONTINUANCE FILED BY THE FOUR DEFENDANTS IN ADVANCE OF TRIAL SCHEDULED FOR NOVEMBER 3, 2014* |
| 11/03/2014 | **Order** |
| | *Second Amended Consolidated Pre-Trial Order* |
| 11/03/2014 | **Order** |
| | *Granting Early Entry* |
| 11/03/2014 | **RETURN OF SERVICE** |
| | *SERVED ADAMEKA TASHA MCGEE W/SUBPOENA ON 10/22/14* |
| 11/03/2014 | **RETURN OF SERVICE** |
| | *SERVED OZZIE PETE GORDON W/SUBPOENA ON 10/22/14* |
| 11/03/2014 | **RETURN OF SERVICE** |
| | *SERVED LAKEISHA PRICE ON 10/22/14 W/SUBPOENA* |
| 10/31/2014 | **Motion for Continuance (OBTS)** |
| | *on Behalf of Defendant Rhonda Jennings* |
| 10/31/2014 | **Motion Pre-Trial Conference (OBTS)** |
| 10/31/2014 | **NOTICE OF APPEARANCE** |
| | *OF CHRISTOPHER E PARKER & MICHAEL P KOHLER AS COUNSEL FOR DEFT RHONDA JENNINGS* |
| 10/30/2014 | **Motion for Continuance (OBTS)** |
| | *ON BEHALF OF DEFTS JANICE JENNINGS, BRADLEY JENNINGS & KIMBERLY JENNINGS W/EXHIBITS* |
| 10/30/2014 | **NOTICE OF APPEARANCE** |
| | *OF CHRISTOPHER E PARKER & MICHAEL P KOHLER ON BEHALF OF DEFTS JANICE JENNINGS, BRADLEY JENNINGS & KIMBERLY JENNINGS* |
| 10/30/2014 | **Miscellaneous** |
| | *MEMORANDUM REGARDING EFTS BRADLEY & KIMBERLY JENNINGS & THIRD PARTY PLTF KIMBERLY JENNINGS* |
| 10/30/2014 | **Miscellaneous** |
| | *VERIFIED APPLICATION FOR ADMISSION TO APPEAR PRO HAC VICE* |
| 10/29/2014 | **BRIEF** |
| 10/29/2014 | **Motion (OBTS)** |
| 10/29/2014 | **BRIEF** |
| 10/29/2014 | **Motion - In Limine (OBTS)** |
| | *DEFTS GRAY HIGHWAY PAWN, INC DBA SHURLINGTON JEWELRY & PAWN & RONALD RICHARDSON'S MTNS IN LIMINE W/EXHIBITS* |
| 10/29/2014 | **Motion - In Limine (OBTS)** |
| | *TO EXCLUDE REFERENCE TO IMMATERIAL & UNFAIRLY PREJUDICIAL MATTERS* |
| 10/28/2014 | **NOTICE OF APPEARANCE** |
| | *OF JASON D DARNEILLE AS ADD'L COUNSEL FOR DEFTS GRAY HWY PAWN, INC DBA SHURLINGTON JEWELRY & PAWN & RONALD RICHARDSON* |
| 10/27/2014 | CANCELED   **PEREMPTORY CALENDAR**  (9:30 AM) (Judicial Officer Tailor, Wesley B) |
| | *Removed* |
| 10/27/2014 | **Order** |
| | *Allow attorneys to bring video and audio equipment in the building for court* |
| 10/27/2014 | **Order** |
| | *Allow attorney to bring a gun and empty magazines into the building for court evidence* |
| 10/21/2014 | **Motion (OBTS)** |
| 10/03/2014 | **NOTICE** |
| | *Civil Jury Trial Notice for the weeks of 11-3-14; 12-1-14; and 12-8-14.* |
| 09/11/2014 | **Order** |
| | *Denying Defendant's Gray Pawn, Inc. & Ronald Richardson's Motion to Enforce Settlement* |
| 09/02/2014 | **PRETRIAL CONFERENCE**  (1:30 PM) (Judicial Officer Tailor, Wesley B) |
| 08/29/2014 | **NOTE TO FILE** |
| 08/28/2014 | **Motion (OBTS)** |
| | *TO ENFORCE SETTLEMENT PLACED IN VS MTN BOX----M_WOOLEY* |
| 08/28/2014 | **Motion to Enforce Settlement (OBTS)** |
| 08/26/2014 | **Motion to Enforce Settlement (OBTS)** |
| 07/08/2014 | **LEAVE OF ABSENCE** |
| 07/03/2014 | **LEAVE OF ABSENCE** |
| 06/23/2014 | **ENTRY OF APPEARANCE** |
| 12/12/2012 | **FILE REC'D FROM ARCHIVES** |
| | *A_DASH* |
| 01/27/2012 | **Conversion** |
| | *HARRY W BASSLER: 3/17-4/2; 4/11-15/12* |
| 12/14/2010 | **Conversion** |
| | *HARRY W. BASSLER - MARCH 22, THRU MARCH 25, 2011 AND AUGUST 8, THRU AUGUST 26, 2011 - WITH CERTIFICATE OF SERVICE - V. HURST* |
| 06/28/2010 | **Conversion** |
| | *LOA FROM.... OCT.10-15/10 NOV.10-14/10* |
| | Party:  BASSLER, HARRY W |
| 05/19/2010 | **Conversion** |
| | ***JUDGE THOMPSON**PLTF'S MSJ IS DENIED* |
| 05/18/2010 | **DEF NOTICE RETURNED** |
| | *V. HURST* |
| | Party:  JENNINGS, BRUCE L |
| 05/13/2010 | **DEF NOTICE RETURNED** |
| | *V. HURST* |
| | Party:  BRYCO ARMS |
| 05/13/2010 | **DEF NOTICE RETURNED** |
| | *V. HURST* |
| | Party:  B L JENNINGS INC |
| 05/13/2010 | **MOTIONS**  (9:30 AM) (Judicial Officer Tailor, Wesley B) |
| | *PLTF'S MPSJ* |

| Date | Entry |
|---|---|
| 05/04/2010 | **FILED CHECKED OUT** |
| 05/03/2010 | **Notice of Hearing Mailed** |
| | *Docket entry for the letter produced from CDAEVNT on 03-MAY-2010 by LENORA_HAWKINS.* |
| 04/16/2010 | **FILE REC'D FROM ARCHIVES** |
| 04/13/2010 | **Notice of Hearing Mailed** |
| | *Docket entry for the letter produced from CDAEVNT on 13-APR-2010 by LAMAR_HAWKINS.* |
| 04/09/2010 | **BRIEF IN SUPP OF MOTION** |
| | DFT GRAYS HWY PAWN, INC., DBA SHURLINGTON JEWELRY AND PAW'S OPPOSITION AND BRIEF IN SUPPORT THEREOF TO PLTF'S MTN FOR PARTIAL SUMMARY JUDGMENT |
| | Party: GRAY HIGHWAY PAWN INC DBA SHURLINGTON JEWELRY AND PAWN |
| 04/09/2010 | **NOTICE** |
| | DEPOS OF SGT. MICKEY MCCALLUM AND DET. P.D. MARBERRY |
| 04/01/2010 | **FILE REC'D FROM ARCHIVES** |
| 03/26/2010 | **FILE REC'D FROM ARCHIVES** |
| 03/05/2010 | **MOTION** |
| | PLTF'S MPSJ AGAINST DFT GRAY HIGHWAY PAWN, INC., BRF IN SUPP, STAT OF THEORY OF RECOVERY, MAT FACTS, COS, NO PROPOSED ORDER, AFFIDAVIT |
| | Party: BULLARD, LINDA |
| 03/05/2010 | **READY MOTIONS** |
| | PLTF'S MPSJ AGAINST DFT GRAY HIGHWAY PAWN, INC., BRF IN SUPP, STAT OF THEORY OF RECOVERY, MAT FACTS, NO PROPOSED ORDER, AFFIDAVIT |
| 03/05/2010 | **NOTICE** |
| | PLTF'S NOTICE ORIGINAL DISC AND RQ TO DFTS TO FILE DESIGNATED ORIGINAL DISC, COS |
| | Party: BULLARD, LINDA |
| 03/05/2010 | **DEPOSITION** |
| | OF RONALD RICHARDSON |
| 03/05/2010 | **ADDRESS CHANGE** |
| | NOTICE OF CHANGE OF ADDRESS OF ATTY JOEL GRIST, COS |
| | Party: GRIST, JOEL |
| 03/05/2010 | **Conversion** |
| | PLTS REQUEST TO DFTS TO FILE DESIGNATION ORIGINAL DISCOVERY |
| | Party: BULLARD, LINDA |
| 07/30/2008 | **Conversion** |
| 01/22/2008 | **ANSWER** |
| | OF DFTS GRAY HIGHWAY PAWN, INC. DBA SHURLINGTON JEWELRY AND PAWN AND RONALD RICHARDSON'S ANSWER TO PLTF'S 1ST AMENDED COMPLAINT, COS |
| 01/15/2008 | **Conversion** |
| | NOTICE OF SVC OF DISC MATERIAL: 1ST SUPPLEMENTAL ANSWERS & OBJECTIONS OF PLTF LINDA BULLARD TO DEFTS GRAY HWY PAWN, INC DBA SHURLINGTON JEWELRY & PAWN, & RONALD RICHARDSON'S 1ST INTERROG |
| 01/15/2008 | **AMENDMENT** |
| | PLTF'S 1ST AMENDED COMPLAINT, COS |
| | Party: GRIST, JOEL |
| 03/29/2006 | **Conversion** |
| | JUDGE A L THOMPSON: EDWARD F LINDSEY, JR & WILLIAM DAVIS HEWITT/DEFTS BRYCO ARMS, INC AKA BRYCO ARMS; B.L. JENNINGS, INC & BRUCE L JENNINGS |
| 03/22/2006 | **Conversion** |
| | EDWARD H LINDSEY, JR/DEFTS BRYCO, JENNINGS, INC & JENNINGS: REQ FOR WITHDRAWAL & CERTIFICATE OF CERTIFICATION |
| 07/13/2005 | **ADDRESS CHANGE** |
| | Party: GRIST, JOEL |
| 06/01/2005 | **Conversion** |
| | HARRY W BASSLER 09/19 THRU 10/07/05 |
| 07/01/2003 | **NOTICE** |
| | DEFT: CHAPT 11, TITLE 11, |
| | Party: HEWITT, W. DAVIS |
| 06/13/2003 | **Conversion** |
| | LOA-EDWARD H. LINDSEY, JR-7/11-8/5; |
| 05/25/2003 | **MOTIONS** (6:00 AM) (Judicial Officer Tailor, Wesley B) |
| | 1. Plaintiffs' Motion for Sanctions 2. Defendants' Motion to Reconsider Order of Contempt 3. Plaintiffs' Motion for Default as to Defendants B.L. Jennings, RKB Inv., Rhonda Jennings & kimberly Jennings 4. Plaintiffs' Motion to Compel (4) |
| 05/07/2003 | **Conversion** |
| | william hewitt d. -loa-6/13-24/03/7/16-22/03; |
| 04/14/2003 | **Conversion** |
| | LOA- TEDDY RAY PRICE-6/23-7/12; 8/29-9/8;12/29; 1/23/04; |
| 04/02/2003 | **SUBSTITUTION OF ATTORNEY** |
| | EDWARD H LINESEY, JR & WILLIAM DAVIS HEWITT: FOR DEFTS BRYCO ARMS, INC AKA BRYCO ARMS; BRYCO ARMS, B.L. JENNINGS, INC & BRUCE L JENNINGS, W/COS |
| | Party: LINDSEY JR, EDWARD H |
| 03/12/2003 | **RESPONSE TO MOTION** |
| | PLTF: MTN/OPP'N TO PLTF'S MTN/DFLT AS TO DEFT RKB INVESTMENTS, RHONDA JENNINGS & KIMBERLY JENNINGS OR MTN/OPEN DFLT |
| | Party: GRIST, JOEL |
| 03/11/2003 | **RESPONSE TO MOTION** |
| | PLTF: DEFTS' MTN/RECONSIDER ORDER OF CONTEMPT & DEFTS' 1ST AMENDED MTN/RECONSIDER ORDER OF CONTEMPT, W/COS |
| | Party: GRIST, JOEL |
| 03/11/2003 | **AFFIDAVIT** |
| | JOEL GRIST |
| | Party: GRIST, JOEL |
| 03/07/2003 | **CERTIFICATE OF SERVICE** |
| | DEFT GRAY HIGHWAY PAWN, INC: DISCOVERY |
| | Party: BASSLER, HARRY W |
| 02/27/2003 | **CERTIFICATE OF SERVICE** |
| | PLTF: DISCOVERY |
| | Party: GRIST, JOEL |
| 02/12/2003 | **WITHDRAWAL OF MOTION** |

| Date | Event | Details |
|---|---|---|
| | | PLTF: MTN/DFLT AS TO DEFT B.L. JENNINGS, INC, W/COS |
| | | Party: GRIST, JOEL |
| 02/07/2003 | Conversion | |
| | | DEFTS BRUCE L JENNINGS, INC, JANICE JENNINGS & BRYCO ARMS, INC: 1ST AMENDED MTN TO RECONSIDER ORDER OF CONTEMPT |
| | | Party: PRICE, TEDDY RAY |
| 02/07/2003 | MOTION | |
| | | DEFTS JANICE JENNINGS, BRYCO ARMS, B.L. JENNINGS & B.L. JENNINGS, INC: JOINT/OPP'N TO PLTF'S MTN TO COMPEL, W/COS |
| | | Party: PRICE, TEDDY RAY |
| 02/07/2003 | RESPONSE TO MOTION | |
| | | DEFT B.L. JENNINGS, INC: OPP'N TO PLTF'S MTN/DFLT AS TO DEFT, W/COS |
| | | Party: PRICE, TEDDY RAY |
| 02/07/2003 | MOTION | |
| | | DEFTS RKB INVESTMENTS, RHONDA JENNINGS & KIMBERLY JENNINGS: IN OPP'N TO PLTF'S MTN/DFLT AS TO DEFTS RKB INVESTMENTS, RHONDA JENNINGS &K IMBERLY JENNINGS OR TO OPEN DFLT |
| | | Party: PRICE, TEDDY RAY |
| 02/04/2003 | SERVICE | |
| | | DFT NOTORIOUSLY SERVED BY LEAVING WITH LINDA HARDWARE, DFT MOTHER. |
| | | Party: TIFFANY HARDWARE |
| 01/31/2003 | PAYMENT | |
| | | A Payment of -$8.00 was made on receipt TCJT414211. |
| | | Party: B L JENNINGS INC |
| 01/30/2003 | THIRD PARTY COMPLAINT | |
| | | DEFT B L JENNINGS: AGAINST TIFFANY HARDWARD **COSTS PD $8.00** |
| | | Party: PRICE, TEDDY RAY |
| 01/30/2003 | Motion to Add Party (OBTS) | |
| | | DEFTS JENNINGS: TO ADD 3RD PTY DEFT TIFFANY HARDWARD |
| | | Party: PRICE, TEDDY RAY |
| 01/30/2003 | Motion to Add Party (OBTS) | |
| | | DEFT BRYCO ARMS, INC: TO ADD TIFFANY HARDWARD AS PTY DEFT |
| | | Party: PRICE, TEDDY RAY |
| 01/30/2003 | MOTION | |
| | | DEFT BRYCEL JENNINGS, INC, JANICE JENNINGS, & BRYCO ARMS, INC: TO RECONSIDER ORDER OF CONTEMPT |
| | | Party: PRICE, TEDDY RAY |
| 01/30/2003 | READY MOTIONS | |
| | | DEFTS: MTN/RECONSIDER ORDER OF CONTEMPT |
| | | Party: B L JENNINGS INC |
| 01/21/2003 | Conversion | |
| | | JUDGE A L THOMPSON: PLTF'S MTN/SANCTIONS IS ..GRANTED..; DEFT JANICE JENNINGS TO COMPLETE ANSWERS TO PLTF'S 1ST INTE WITHIN TEN (10) DAYS OF THIS ORDER; DEFT B.L. JENNINGS TO RESP TO PLTF'S 1ST REQ PROD/DCS; DEFT BRYCO ARMS TO RESP TO PLTF'S 1ST REQ PROD/DOCS WITHIN TEN (10) DAYS OF THIS ORDER; |
| 01/14/2003 | CERTIFICATE OF SERVICE | |
| | | DEFT: DISCOVERY |
| | | Party: BASSLER, HARRY W |
| 01/13/2003 | MOTION | |
| | | PLTF: FOR DFLT AS TO DEFTS RKB INVESTMENTS, RHONDA JENNINGS & KIMBERLY JENNINGS, W/COS |
| | | Party: GRIST, JOEL |
| 01/13/2003 | MOTION | |
| | | PLTF: FOR DFLT AS TO DEFT B.L. JENNINGS, INC, W/COS |
| | | Party: GRIST, JOEL |
| 01/13/2003 | READY MOTIONS | |
| | | PLTF: DFLT AS TO DEFTS B.L JENNINGS, RKB INVESTMENTS, RHONDA JENNINGS & KIMBERLY JENNINGS (2 MTNS) |
| | | Party: BULLARD, LINDA |
| 01/10/2003 | DEFAULT | |
| | | PLTF: W/COS |
| | | Party: GRIST, JOEL |
| 01/10/2003 | READY MOTIONS | |
| | | PLTF: M TN/SANCTIONS |
| | | Party: BULLARD, LINDA |
| 01/10/2003 | MAGISTRATE MOTION TO COMPEL | |
| | | PLTF: DEFT JENNICE JENNINGS TO RESP TO PLTF'S 1ST REQ PROD/DOCS & 2ND INTE |
| | | Party: GRIST, JOEL |
| 01/10/2003 | MAGISTRATE MOTION TO COMPEL | |
| | | PLTF: DEFT B.L JENNINGS, INC TO RESP TO PLTFS' 1ST INTE, W/COS |
| | | Party: GRIST, JOEL |
| 01/10/2003 | MAGISTRATE MOTION TO COMPEL | |
| | | PLTF: DEFT BRUCE L JENNINGS TO RESP TO PLTF'S 1ST INTE & REQ PROD/DOCS |
| | | Party: GRIST, JOEL |
| 01/10/2003 | MAGISTRATE MOTION TO COMPEL | |
| | | PLTF: DEFT BRYCO ARMS TO RESP TO PLTF'S 1ST INTE, W/COS |
| | | Party: GRIST, JOEL |
| 01/10/2003 | READY MOTIONS | |
| | | PLTF: MTN(S)/COMPEL (4) |
| | | Party: BULLARD, LINDA |
| 01/09/2003 | RESPONSE TO MOTION | |
| | | PLTF: TO CERTAIN DEFTS' MTN/INTERLOCUTORY RELIEF |
| | | Party: GRIST, JOEL |
| 01/05/2003 | MOTIONS (3:00 PM) (Judicial Officer Tailor, Wesley B) | |
| | | 1. Bullard's Motion for Default Judgment Against Bryco Arms, Inc. 2. Bullard's Motion to Serve More than 50 Inte to Bryco Arms & BL Jennings 3. Plaintiff's Motion to Compel Defendant Jennings 4. Plaintiff's Motion to Strike Affidavit of Janice Jenning |
| 01/04/2003 | MOTIONS (3:00 PM) (Judicial Officer Tailor, Wesley B) | |
| | | 1. Rhonda Jennings & Nevada Trust's Motion to Dismiss 2. Bradley Jennings & Nevada Trust's Motion to Dismiss 3. Kimberly Jennings & Nevada Trust's Motion to Dismiss 4. Bruce Jennings' Motion to Dismiss |
| 01/02/2003 | Conversion | |

| Date | Event |
|---|---|
| | *ORDER/INTERLOCUTORY APPEAL TO JUDGE THOMPSON* |
| 12/23/2002 | **MOTION** |
| | *DEFTS BRYCO, JENNINGS: FOR INTERLOCUTORY APPEAL, W/PROPOSED ORDER* |
| | Party: PRICE, TEDDY RAY |
| 12/23/2002 | **CERTIFICATE OF SERVICE** |
| | *DEFT RICHARDSON: DISCVOERY TO NON-PTYS (2)* |
| | Party: BASSLER, HARRY W |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: PLTF LINDA BULLARD'S MTN/COMPEL DEFT B.L. JENNINGS TO RESP TO 1ST REQ PROD/DOCS IS ..GRANTED..; DEFT TO FULLY RESP WITHIN TWENY (20) DAYS OF THIS ORDER* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: PLTF LINDA BULLARD'S MTN/COMPEL DEFT BRYCO ARMS, INC TO RESP TO 1ST REQ PROD/DOCS IS ..GRANTED..; DEFT TO RESP WITHIN TWENTY (20) DAYS OF THIS ORDER* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: DEFT B.L. JENNINGS, INC'S MTN/PROTECTIVE ORDER IS ..GRANTED..* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: PLTF'S MTN/CMPEL DEFT JANICE JENNINGS TO RESP TO PLTF'S 1ST INTE IS ..GRANTED..; DEFT TO FULLY RESP TO EACH INTE WITHIN TWENTY (20) DAYS OF THIS ORDER* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: PLTF'S MTN/SERVE MORE THAN 50 INTE IS ..GRANTED..* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: DEFTS BRYCO ARMS, INC, BRADLEY JENNINGS, JANICE JENNINGS, BRADLEY JENNINGS NAVADA TRUST, KIMBERLY JENNINGS NEVADA TRUST, RHONDA JENNINGS NEVADA TRUST & BRUCE JENNINGS MTN(S)/DISMISS ARE ..DENIED..* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: DEFT BRYCO ARM, INC'S MTN/OPEN DFLT IS ..DENIED..* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: DEFT B.L. JENNINGS, INC'S MTN/ADD 3RD PTY DEFT TIFFANY HARDWARE IS ..GRANTED..* |
| 12/12/2002 | Conversion |
| | *JUDGE A L THOMPSON: PLTF'S MTN/HEAR DEFENSES PRIOR TO TRIAL IS ..DENIED..* |
| 12/09/2002 | Conversion |
| | *JUDGE A L THOMPSON: STEPHEN L COTTER & TERRY O BRANTLEY, OF SWIFT, CURRIE, MCGHEE & HIERS, LLP/DEFT RONALD RICHARDSON* |
| 10/22/2002 | Conversion (9:00 AM) (Judicial Officer JUDGE, PRESIDING) |
| 10/15/2002 | Conversion |
| | *STEPHEN L COTTER & TERRY O BRANTLEY: REQ TO WITHDRAW AS COUNSEL FOR RONALD RICHARDSON, W/COS* |
| | Party: COTTER, STEPHEN L |
| 10/08/2002 | **NON JURY TRIAL** (9:00 AM) (Judicial Officer JUDGE, PRESIDING) |
| 10/07/2002 | Conversion |
| | *DEFT BRYCO ARMS, INC AKA BRYCO ARMS: 2ND AMENDED MTN/OPEN DEFAULT, W/COS* |
| | Party: PRICE, TEDDY RAY |
| 09/24/2002 | **NON JURY TRIAL** (9:00 AM) (Judicial Officer JUDGE, PRESIDING) |
| 09/12/2002 | Conversion |
| | *PLTF: CONSOLIDATED RESP TO 8/5/02 MTN(S)/DISMISS FILED BY DEFTS BRYCO ARMS, INC KIMBERLY JENNINGS, RHONDA JENNINGS, & RKB INVESTMENTS, W/COS* |
| 08/29/2002 | **MOTION** |
| | *DEFTS BRYCO ARMS, INC, BRYCO ARMS & BL JENNINGS, INC: IN OPP'N TO PLTF'S MTN/SERVE MORE THAN 50 INTE, W/COS* |
| | Party: PRICE, TEDDY RAY |
| 08/29/2002 | **MOTION** |
| | *DEFTS BL JENNINGS, INC & BRYCO ARMS, INC: IN OPP'N TO MTN/COMPEL, W/COS* |
| | Party: PRICE, TEDDY RAY |
| 08/26/2002 | **CERTIFICATE OF SERVICE** |
| | *DEFTS RONALD RICHARDSON & GRAY HGHWAY PAWN: DISCOVERY (2)* |
| | Party: COTTER, STEPHEN L |
| 08/19/2002 | **MOTION** |
| | *DEFT B L JENNINGS INC: TO ADD 3RD PTY DEFT* |
| | Party: PRICE, TEDDY RAY |
| 08/15/2002 | Conversion |
| | *PLTF: SUPPLEMENTAL RESP TO BRYCO ARMS, INC'W MTN/OPEN DEFAULT, W/COS* |
| | Party: GRIST, JOEL |
| 08/15/2002 | **RESPONSE TO MOTION** |
| | *PLTF: DEFT B.L. JENNINGS, INC'S MTN/PROTECTIVE ORDER, W/COS* |
| | Party: GRIST, JOEL |
| 08/15/2002 | **RESPONSE TO MOTION** |
| | *PLTF: DEFTS' MTN/STRIKE PLTF'S MTN/ORDER OUTLING THE PROPER PROCEDURES* |
| | Party: GRIST, JOEL |
| 08/15/2002 | **MOTION** |
| | *PLTF: TO HEAR DEFENSES PIOR TO TRIAL* |
| | Party: GRIST, JOEL |
| 08/15/2002 | **CERTIFICATE OF SERVICE** |
| | *PLTF: DISCOVERY (3)* |
| | Party: GRIST, JOEL |
| 08/09/2002 | **CERTIFICATE OF SERVICE** |
| | *DEFT BRYCO ARMS, INC: DISCOVERY* |
| | Party: PRICE, TEDDY RAY |
| 08/05/2002 | **ANSWER** |
| | *RKB INVESTMENTS: W/COS* |
| | Party: RKB INVESTMENTS |
| 08/05/2002 | **MOTION TO DISMISS** |
| | *RKB INVESTMENTS: & SPECIAL APPEARANCE, W/COS* |
| | Party: RKB INVESTMENTS |
| 08/05/2002 | **ANSWER** |
| | *KIMBERLY JENNINGS: W/COS* |
| | Party: JENNINGS, KIMBERLY |
| 08/05/2002 | **MOTION TO DISMISS** |

| Date | Entry |
|---|---|
| | KIMBERLY JENNINGS: & SPECIAL APPEARANCE, W/COS<br>Party: JENNINGS, KIMBERLY |
| 08/05/2002 | **ANSWER**<br>RHONDA JENNINGS: W/COS<br>Party: JENNINGS, RHONDA |
| 08/05/2002 | **MOTION TO DISMISS**<br>RHONDA JENNINGS: W/SPECIAL APPEARANCE & COS<br>Party: JENNINGS, RHONDA |
| 08/05/2002 | **ANSWER**<br>BRYCO ARMS: W/COS<br>Party: BRYCO ARMS |
| 08/05/2002 | **MOTION TO DISMISS**<br>BRYCO ARMS: W/SPECIAL APPEARANCE & COS<br>Party: BRYCO ARMS |
| 08/05/2002 | **READY MOTIONS**<br>DEFTS BRYCO ARMS, RHONDA JENNINGS, KIMBERLY JENNINGS & RKB INVESTMENTS: MTN/DISMISS (4 MTNS)<br>Party: PRICE, TEDDY RAY |
| 08/02/2002 | **Conversion**<br>PLTF: NOTICE OF SERVICE OF DISCOVERY MATERIAL (3)<br>Party: GRIST, JOEL |
| 07/31/2002 | **MOTION**<br>JENNINGS DEFTS: TO STAY DISCOVERY & MTN/OPP'N TO MTN/COMPEL, W/COS<br>Party: PRICE, TEDDY RAY |
| 07/31/2002 | **READY MOTIONS**<br>MTN/STAY DISCOVERY<br>Party: JENNINGS, BRUCE L |
| 07/30/2002 | **CERTIFICATE OF SERVICE**<br>GRAY HWY PAWN: DISCOVERY (2)<br>Party: BASSLER, HARRY W |
| 07/26/2002 | **MAGISTRATE MOTION TO COMPEL**<br>PLTF: DEFT BRYCO ARMS, INC TO RESP TO PLTF'S 1ST REQ PROD/DOCS, W/PROPOSED ORDER & COS; & DEFT B.L. JENNINGS, INC TO RESP TO PLTF'S 1ST REQ PROD/DOCS, W/PROPOSED ORDER & COS (2 MTNS)<br>Party: GRIST, JOEL |
| 07/26/2002 | **READY MOTIONS**<br>PLTF: MTN(S)/COMPEL DEFTS BRYCO ARMS, INC & B.L. JENNINGS TO RESP TO PLTF'S 1ST REQ PROD/DOCS (2 MTNS)<br>Party: BULLARD, LINDA |
| 07/26/2002 | **CERTIFICATE OF SERVICE**<br>DEFT RONALD RICHARDSON: DISCOVERY<br>Party: COTTER, STEPHEN L |
| 07/23/2002 | **CERTIFICATE OF SERVICE**<br>DEFT RONALD RICHARDSON: DISCOVERY<br>Party: COTTER, STEPHEN L |
| 07/22/2002 | **REQUEST FOR PRODUCTION OF DOCU**<br>DEFT B.L. JENNINGS, INC: 1ST TO PTLF, W/COS<br>Party: PRICE, TEDDY RAY |
| 07/22/2002 | **CERTIFICATE OF SERVICE**<br>DEFT BRYCO ARMS, INC: DISCOVERY<br>Party: MAYE, MELISSA ANNE |
| 07/22/2002 | **FINAL ORDER**<br>DEFT B.L. JENNINGS, INC:<br>Party: PRICE, TEDDY RAY |
| 07/22/2002 | **MOTION TO STRIKE**<br>DEFTS BRYCO ARMS, INC, BL JENNINGS, BRICE JENNINGS, JANICE JENNINGS, BRADLEY JENNINGS, BRADLEY JENNINGS NAVADA TRUST, KIMBERLY JENNINGS NAVADA TRUST, RHONDA JENNINGS NAVADA TRUST & RKB INVESTMENTS: PLTF'S MTN/ORDER OUTLINING THE PROPER PROCEDURES FOR MAKING PRIVILEE & WORK PRODUCT OBJECTIONS<br>Party: MAYE, MELISSA ANNE |
| 07/19/2002 | **MOTION**<br>PLTF: TO SERVE MORE THAN 50 INTE UPON DEFTS BRYCO ARMS, INC & B.L. JENNINGS, INC, W/PROPOSED ORDER & COS<br>Party: GRIST, JOEL |
| 07/19/2002 | **READY MOTIONS**<br>MTN/SERVE MORE THAN 50 INTE TO DEFTS BRYCO ARMS, INC & B.L. JENNINGS, INC<br>Party: BULLARD, LINDA |
| 07/12/2002 | **READY NON JURY**<br>MTN FOR DFLT AS TO BRYCO ARMS INC AKA BRYCO ARMS **ONLY**<br>Party: BULLARD, LINDA |
| 07/12/2002 | **Conversion**<br>PLTF: REPLY TO DEFT BYRCO ARMS, INC'S RESP TO PLTF'S MTN/STRIKE AFFD OF JANICE JENNINGS, W/COS<br>Party: GRIST, JOEL |
| 07/12/2002 | **READY MOTIONS**<br>MTN/DFLT JDGMT AGNST BRYCO ARMS, INC<br>Party: BULLARD, LINDA |
| 07/05/2002 | **AMENDMENT**<br>DEFT BRYCO ARMS, INC: 1ST TO MTN/OPEN DEFAULT, W/COS<br>Party: MAYE, MELISSA ANNE |
| 07/02/2002 | **MOTION**<br>DEFT BRYCO ARMS, INC: IN OPP'N TO PLTFS' MTN/STRIKE AFFD<br>Party: PRICE, TEDDY RAY |
| 07/01/2002 | **MAGISTRATE MOTION TO COMPEL**<br>PLTF: DEFT JENNINGS TO RESP TO PLTF'S 1ST INTE, W/COS<br>Party: GRIST, JOEL |
| 07/01/2002 | **READY MOTIONS**<br>PLTF: MTN/COMPEL DEFT JENNINGS<br>Party: BULLARD, LINDA |
| 06/28/2002 | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| | *DEFT GRAY HWY PAWN: DISCOVERY*<br>Party: BASSLER, HARRY W |
| 06/27/2002 | **RESPONSE TO MOTION**<br>*DEFTS GRAY HWY PAWN & RICHARDSON: TO PLTF'S MTN/ORDER OUTLINING THE PROPER PROCEDURES FOR MAKING PRIVILEGE & WORK PRODUCT OBJECTIONS, W/COS*<br>Party: BASSLER, HARRY W |
| 06/21/2002 | **MOTION**<br>*PLTF: FOR AN ORDER OUTLINING THEPROPER PROCEDURES FOR MAKING PRIVILEGE & WORK PRODUCT OBJECTIONS, W/COS*<br>Party: GRIST, JOEL |
| 06/21/2002 | **MOTION**<br>*PLTF: MTN/ORDER OUTLINING THE PROPER PROCEDURE FOR MAKING PRIVILEGE & WORK PRODUCT OBJECTIONS*<br>Party: BULLARD, LINDA |
| 06/20/2002 | **CERTIFICATE OF SERVICE**<br>*PLTF: DISCOVERY*<br>Party: GRIST, JOEL |
| 06/20/2002 | **Conversion**<br>*STEPHEN L COTTER & TERRY O BRANTLEY OF SWIFT, CURRIE, MCGHEE & HIERS, LLP: ADD'L COUNSEL FOR DERT RONALD RICHARDSON*<br>Party: COTTER, STEPHEN L |
| 06/18/2002 | **Conversion**<br>*PLTF: CONSOLIDATED RESPONSE TO THE MTN(S)/DISMISSED FILED BY DEFTS JENNINGS DEFTS, NAVADA TRUST & RKB INVESTMENTS*<br>Party: GRIST, JOEL |
| 06/09/2002 | **MOTIONS** (6:00 AM) (Judicial Officer Tailor, Wesley B)<br>*1. DEFENDANT BRYCO'S MOTION TO OPEN DEFAULT 2. DEFENDANT BRYCO'S MOTION TO DISMISS* |
| 06/06/2002 | **CERTIFICATE OF SERVICE**<br>*PLTF: DISCOVERY*<br>Party: GRIST, JOEL |
| 06/03/2002 | **CERTIFICATE OF SERVICE**<br>*PLTF: DISCOVERY*<br>Party: GRIST, JOEL |
| 05/31/2002 | **CERTIFICATE OF SERVICE**<br>*PLTF: DISCOVERY*<br>Party: GRIST, JOEL |
| 05/31/2002 | **MOTION TO STRIKE**<br>*PLTF: AFFD OF JANICE JENNINGS*<br>Party: GRIST, JOEL |
| 05/31/2002 | **READY MOTIONS**<br>*PLTF: MTN/STRIKE AFFD OF JANICE JENNINGS*<br>Party: BULLARD, LINDA |
| 05/29/2002 | **RESPONSE TO MOTION**<br>*PLTF: TO DEFT BRYCO ARMS, INC'S MTN/OPEN DEFAULT*<br>Party: GRIST, JOEL |
| 05/24/2002 | **Conversion**<br>*PLTF: RESP TO DEFT BRYCO ARMS, INC'S PURPORTED SPECIAL & MTN/DISMISS, W/COS*<br>Party: GRIST, JOEL |
| 05/20/2002 | **Conversion**<br>*MELISA ANNE MAYE, CO-COUNSEL/DEFTS*<br>Party: MELISSA ANNE MAYE |
| 05/17/2002 | **ANSWER**<br>Party: JENNINGS, JANICE |
| 05/17/2002 | **ANSWER**<br>*OF JANICE JENNINGS AS TRUST FOR KIMBERLY JENNINGS NEVADA TRUST* |
| 05/17/2002 | **ANSWER**<br>*OF JANICE JENNINGS AS TRUST FOR RHONDA JENNINGS NEVADA TRUST* |
| 05/17/2002 | **ANSWER**<br>*OF JANICE JENNINGS AS TRUST FOR BRADLEY JENNINGS NEVADA TRUST* |
| 05/17/2002 | **ANSWER**<br>*SPECIAL APPEAR AND MTN TO DISMISS*<br>Party: RHONDA JENNINGS NEVADA TRUST |
| 05/17/2002 | **READY MOTIONS**<br>*MTN TO DISMISS*<br>Party: RHONDA JENNINGS NEVADA TRUST |
| 05/17/2002 | **ANSWER**<br>*APPEAR AND MTN TO DISMISS*<br>Party: BRADLEY JENNINGS NEVADA TRUST |
| 05/17/2002 | **READY MOTIONS**<br>*MTN TO DISMISS*<br>Party: BRADLEY JENNINGS NEVADA TRUST |
| 05/17/2002 | **ANSWER**<br>*SPEC APPEAR AND MTN TO DISMISS*<br>Party: KIMBERLY JENNINGS NEVADA TRUST |
| 05/17/2002 | **READY MOTIONS**<br>*MTN TO DISMISS*<br>Party: KIMBERLY JENNINGS NEVADA TRUST |
| 05/17/2002 | **ANSWER**<br>*SPEC APPEAR AND MTN TO DISMISS*<br>Party: JENNINGS, BRADLEY |
| 05/17/2002 | **ANSWER**<br>*SPEC APPEAR AND MTN TO DISMISS*<br>Party: JENNINGS, BRUCE L |
| 05/17/2002 | **READY MOTIONS**<br>*MTN TO DISMISS*<br>Party: JENNINGS, BRUCE L |

| Date | Event |
|---|---|
| 05/17/2002 | **ANSWER**<br>*AND MTN TO DISMISS*<br>Party: JENNINGS, JANICE |
| 05/17/2002 | **ANSWER**<br>Party: JENNINGS, BRADLEY |
| 05/08/2002 | **CERTIFICATE OF SERVICE**<br>*DEFTS GRAY HIGFHWAY PAWN & RONALD RICHARDSON: DISCOVERY (2)*<br>Party: BASSLER, HARRY W |
| 04/25/2002 | **PAYMENT**<br>A Payment of -$196.00 was made on receipt TCJT371800.<br>Party: BRYCO ARMS INC AKA BRYCO ARMS |
| 04/25/2002 | **MOTION**<br>*MTN TO OPEN DEFAULT W/AFFIDS OF JANICE JENNINGS & MELISSA ANNE MAYE AND ORIG ANSWER ATTACHED TO THIS MTN (PAID $196.00)*<br>Party: BRYCO ARMS INC AKA BRYCO ARMS |
| 04/25/2002 | **MOTION TO DISMISS**<br>*AND SPECIAL APPEARANCE*<br>Party: BRYCO ARMS INC AKA BRYCO ARMS |
| 04/25/2002 | **READY MOTIONS**<br>*MTN TO OPEN DEFAULT FILED 4/25/02 MTN TO DISMISS FILED 4/25/02*<br>Party: BRYCO ARMS INC AKA BRYCO ARMS |
| 04/18/2002 | **MOTION**<br>*FOR DFLT AS TO BRYCO ARMS INC AKA BRYCO ARMS W/COS*<br>Party: BULLARD, LINDA |
| 04/01/2002 | **AMENDMENT**<br>*NOTICE OF APPEAR OF HARRY W BASSLER FOR DFT GRAY HWY PAWN INC AND RONALD RICHARDSON* |
| 03/19/2002 | **ANSWER**<br>*B L JENNINGS, INC: W/COS*<br>Party: B L JENNINGS INC |
| 03/12/2002 | **Conversion**<br>*HARRY W BASSLER: DEFT GRAY HIGHWAY PAWN, INC DBA SHURLINGTON JEWELRY & PAWN, W/COS*<br>Party: BASSLER, HARRY W |
| 03/01/2002 | **SERVICE**<br>*proof of service: dft served by serving mark coleman, customer service for corporate resolve, r/a.*<br>Party: BRYCO ARMS INC AKA BRYCO ARMS |
| 02/28/2002 | **ANSWER**<br>*GRAY HIGHWAY PAWN, INC DBA SHURLING JEWEL & PAWN: W/JURY DEMAND & COS*<br>Party: GRAY HIGHWAY PAWN INC DBA SHURLINGTON JEWELRY AND PAWN |
| 02/28/2002 | **ANSWER**<br>*RONALD RICHARDSON: W/JURY DEMAND & COS*<br>Party: RICHARDSON, RONALD |
| 02/05/2002 | **SERVICE**<br>*DFT SERVED PERSONALLY.*<br>Party: B L JENNINGS INC |
| 01/29/2002 | **CERTIFICATE OF SERVICE**<br>*PLTF: DISCOVERY*<br>Party: GRIST, JOEL |
| 01/07/2002 | **PLTF COMPLETE NAME**<br>*INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF WILLIAM O BULLARD, III* |
| 01/07/2002 | **STATE COURT SUIT - NO SERVICE** |
| 01/07/2002 | **PAYMENT**<br>A Payment of -$196.00 was made on receipt TCJT353933. |

---

### FINANCIAL INFORMATION

**Defendant** B L JENNINGS INC
| | |
|---|---:|
| Total Financial Assessment | 8.00 |
| Total Payments and Credits | 8.00 |
| **Balance Due as of 02/09/2015** | **0.00** |

| Date | Description | | | |
|---|---|---|---|---:|
| 01/31/2003 | Transaction Assessment | | | 8.00 |
| 01/31/2003 | Payment | Receipt # 414211 | B L JENNINGS INC | (8.00) |

**Defendant** BRYCO ARMS INC AKA BRYCO ARMS
| | |
|---|---:|
| Total Financial Assessment | 196.00 |
| Total Payments and Credits | 196.00 |
| **Balance Due as of 02/09/2015** | **0.00** |

| Date | Description | | | |
|---|---|---|---|---:|
| 04/25/2002 | Transaction Assessment | | | 196.00 |
| 04/25/2002 | Payment | Receipt # 371800 | BRYCO ARMS INC AKA BRYCO ARMS | (196.00) |

**Defendant** TIFFANY HARDWARE
| | |
|---|---:|
| Total Financial Assessment | 196.00 |
| Total Payments and Credits | 196.00 |
| **Balance Due as of 02/09/2015** | **0.00** |

| Date | Description | | | |
|---|---|---|---|---:|
| 01/07/2002 | Transaction Assessment | | | 136.00 |

| 01/07/2002 | Transaction Assessment | | | 60.00 |
|---|---|---|---|---|
| 01/07/2002 | Payment | Receipt # 353933 | TIFFANY HARDWARE | (196.00) |